```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 00054
    VALERIE CAPPS
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-8014
```

---
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1.  The case was filed on 01/03/07 and confirmed on 04/23/07.

2.  The case was dismissed after confirmation, 12/21/2007.

3.  The Debtor paid a total of $   4277.56 .

4.  The Trustee made disbursements to creditors as follows:

---
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | .00 | .00 | .00 |
| TRIAD FINANCIAL CORP | SECURED VEHIC | 10000.00 | 288.01 | 1862.59 |
| ACT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1005.41 | .00 | .00 |
| WELLS FARGO FINANCIAL RE | UNSECURED | NOT FILED | .00 | .00 |
| TRIAD FINANCIAL CORP | UNSECURED | 4543.16 | .00 | .00 |

Summary of disbursements:

---
|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 10000.00 | .00 | 5548.57 | .00 | 15548.57 |
| PRINCIPAL PAID | 1862.59 | .00 | .00 | .00 | 1862.59 |
| INTEREST PAID | 288.01 | .00 | .00 | .00 | 288.01 |
| TOTAL PAID | 2150.60 | .00 | .00 | .00 | 2150.60 |

The Debtor's attorney, FELD & KORRUB LLC            , was allowed $   3000.00
and was paid $    300.00   direct and $   1988.94   through the plan.

The Trustee received $    138.02 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 07 B 00054 VALERIE CAPPS
```